FILED

DEC - 4 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DaVonta M. Rowland,                        )
                                           )
          Plaintiff,                       )
                                           )
          v.                               )        Civil Action No. *13- 1927*
                                           )
Army National Guard,                       )
                                           )
          Defendant.                       )
_____            )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a District of Columbia resident, sues the Army National Guard in the District of Columbia for $3 trillion in damages. In his one-page complaint, plaintiff states that he "returned

1

for an enlistment appointment" on October 18, 2013, and was "targeted by way of Human Rights Act of 'America' violations!" He then mentions "constitutional law" and "discrimination." The complaint is devoid of facts and, thus, provides no notice of a claim and the basis of federal court jurisdiction. A separate Order accompanies this Memorandum Opinion.

United States District Judge

DATE: October **29**, 2013